APPEARANCE FORM FOR PRO SE LITIGANTS
DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: Donera Johnson
(Please print)

STREET ADDRESS: 8643 S. Saginaw

CITY/STATE/ZIP: Chicago Il 60617

PHONE NUMBER: 773-221-3660

CASE NUMBER: 07CV7170
JUDGE DER YEGHIAYAN
MAG. JUDGE COLE

Signature: [signed]   Date: 12/21/07

FILED
DEC 21 2007
Dec. 21, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT