# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Samuel Der-Yeghiayan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7170 | **DATE** | 1/3/2008 |
| **CASE TITLE** | Doneice Johnson vs. Equifax Credit Bureau | | |

**DOCKET ENTRY TEXT**

This matter is before the court on Doneice Johnson's ("Johnson") motion for leave to proceed *in forma pauperis*. Johnson has not completed her *in forma pauperis* application form. For instance, Johnson failed to indicate her last date of employment or whether she or anyone living at her address has received more than $200 in salary or wages in the last twelve months. (IFP Par. 2, 3(a)). Therefore, we deny the motion for leave to proceed *in forma pauperis* [4]. Johnson is given until January 28, 2008, to file an accurately and properly completed *in forma pauperis* application form or pay the filing fee. Johnson is warned that failure to either file an accurately and properly completed *in forma pauperis* application form or pay the filing fee by January 28, 2008, will result in the dismissal of this action.

Docketing to mail notices.

| | Courtroom Deputy Initials: | maw |
|---|---|---|