# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Samuel Der-Yeghiayan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7170 | **DATE** | 1/31/2008 |
| **CASE TITLE** | Doneice Johnson vs. Equifax Credit Bureau | | |

**DOCKET ENTRY TEXT**

This matter is before the court on Doneice Johnson's ("Johnson") motion for leave to proceed *in forma pauperis*. On January 3, 2008, we denied Johnson's prior motion for leave to proceed *in forma pauperis*. We also gave Johnson until January 28, 2008, to file an accurately and properly completed *in forma pauperis* application form or pay the filing fee. We further warned Johnson that failure to either file an accurately and properly completed *in forma pauperis* application form or pay the filing fee by January 28, 2008, would result in the dismissal of this action. Johnson subsequently filed a second *in forma pauperis* application form. Johnson indicates on her current *in forma pauperis* application form that she is employed and earns approximately $500 per month. She also indicates that she receives other income from self-employment ($500) and support from her husband ($500). Johnson has not shown herself to be sufficiently indigent to warrant granting her motion for leave to proceed *in forma pauperis* and we deny the motion [6]. Johnson is given until February 11, 2008 to pay the filing in this action. Johnson is warned that failure to pay the filing fee by February 11, 2008 will result in the dismissal of this action.

Docketing to mail notices.

| | Courtroom Deputy Initials: | maw |
|---|---|---|