# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Samuel Der-Yeghiayan | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7170 | **DATE** | 2/14/2008 |
| **CASE TITLE** | Doneice Johnson vs. Equifax Credit Bureau | | |

**DOCKET ENTRY TEXT**

On January 31, 2008, we denied Plaintiff Doneice Johnson's ("Johnson") motion for leave to proceed *in forma pauperis*. We also gave Johnson until February 11, 2008, to pay the filing fee in this action. We warned Johnson that failure to pay the filing fee by February 11, 2008, would result in the dismissal of this action. The deadline has passed and the docket does not reflect that Johnson has paid the filing fee and therefore we dismiss the instant action.

Docketing to mail notices.

| | Courtroom Deputy Initials: | maw |
|---|---|---|

Case 1:07-cv-07170   Document 8   Filed 02/14/2008   Page 1 of 1

07C7170 Doneice Johnson vs. Equifax Credit Bureau   Page 1 of 1